**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7667**

JAMES LESTER ROUDABUSH, JR.,

             Plaintiff - Appellant,

         v.

LT. JOSIAH; SGT. JESSUP; CHIEF STERN; DEPUTY STERN; CAPT.
MILANO; DANA LAWHORNE, Sheriff,

             Defendants – Appellees,

         and

A. ANDERSON, AUSA; C. M. HILTON, Usdc-Edva,

             Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:13-cv-00467-RBS-TEM)

Submitted:  January 5, 2015          Decided:  January 16, 2015

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

James Lester Roudabush, Jr., Appellant Pro Se.   Broderick
Coleman Dunn, Alexander Francuzenko, COOK CRAIG & FRANCUZENKO,
PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr. — a federal pretrial detainee — seeks to appeal the district court's September 19, 2014 order granting his motion to reopen and vacating its prior order of dismissal, denying his motion to recuse, denying his motion relating to the withdrawal of funds from his inmate account, denying his motions to expedite, dismissing two defendants, and requesting that the remaining defendants return waivers of service. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). The order Roudabush seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED